**J. LICHTMAN & SONS, Libelant-Appellant, v. DOLLAR STEAMSHIP LINE, Respondent-Appellee, Hamburg-Amerikanische Packetfahrt Aktiengesellschaft (Hamburg-American Line), Respondent-Impleaded Appellee.**

**No. 465.**

Circuit Court of Appeals, Second Circuit.

July 12, 1937.

Single & Tyler, of New York City (Alonzo L. Tyler and Wilbur H. Hecht, both of New York City, of counsel), for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (L. De Grove Potter and Joseph W. Whelan, both of New York City, of counsel), for respondent-appellee.

Haight, Griffin, Deming & Gardner, of New York City (Wharton Poor and James McKown, Jr., both of New York City, of counsel), for impleaded-appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree (13 F.Supp. 717), affirmed.

---

**Edward D. JONES et al., Appellants, v. CORONADO HOTEL COMPANY et al.**

**No. 10971.**

Circuit Court of Appeals, Eighth Circuit.

July 6, 1937.

H. Chouteau Dyer and J. Raymond Dyer, both of St. Louis, Mo., for appellants.

Rassieur, Long & Yawitz, Joseph H. Grand, and Claude W. McElwee, all of St. Louis, Mo., for appellees.

PER CURIAM.
Petition for allowance of appeal from orders of United States District Court for the Eastern District of Missouri denied.

---

**B. L. KIDD and Finley Cook, Receivers for Peytona Lumber Company, Appellants and Cross-Appellees, v. The FIFTH–THIRD UNION TRUST COMPANY, a Corporation, Appellee and Cross-Appellant.**

**In re PEYTONA LUMBER CO.**

**No. 4141.**

Circuit Court of Appeals, Fourth Circuit.

Feb. 15, 1937.

F. M. Livezey and Buford C. Tynes, both of Huntington, W. Va., for appellants and cross-appellees.

J. M. Woods, of Charleston, W. Va., and Joseph H. Head, of Cincinnati, Ohio, for appellee and cross-appellant.

PER CURIAM.
Case entered dismissed under rule 20 in accordance with agreement of counsel.